UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. GONZALEZ,<br>  Petitioner,<br>v.<br>ROB ST. ANDRE, Warden<br>  Respondent. | Case No. 24-cv-00728-JST<br><br>**ORDER OF TRANSFER** |

Petitioner, an inmate housed at High Desert State Prison, in Susanville, California has filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his conviction for first-degree murder and intentional discharge of a firearm causing great bodily injury or death. *See generally* ECF No. 1. Petitioner's conviction was obtained in Solano County and he is incarcerated in Lassen County, both of which lie within the Eastern District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). A petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N.D. Cal. Habeas L.R. 2254-3(b); *see also Dannenberg v. Ingle*, 831 F.Supp. 767, 768 (N.D. Cal. 1993). Here, Petitioner was convicted and sentenced, and is currently confined, in the Eastern District of California. *See* 28 U.S.C. § 84(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: March 14, 2024



JON S. TIGAR
United States District Judge